# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SNYDER; CALLIE SNYDER,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AURORA COMMERCIAL BANK;<br><br>NATIONSTAR MORTGAGE, LLC;<br><br>IRES CO.,<br><br>    Defendant. | Case No. SACV14-00025 AG (ANx)<br><br>HON:    Hon. Andrew J. Guilford<br>CTRM:   10D<br><br>**JUDGMENT**<br><br>**OSC re: Sanctions Against Plaintiffs:**<br>DATE:   May 12, 2014<br>TIME:   9:00 A.M.<br>CRTRM.: 10D<br><br>Action filed:       January 7, 2014 |

   The Court's Order to Show Cause re: Sanctions Against Plaintiffs, including dismissal, came on regularly for hearing on May 12, 2013 at 9:00 a.m. in Courtroom 10D of the above-entitled Court, the Honorable Andrew J. Guilford presiding.  Macey A. Chan, Esq. of Green & Hall, A Professional Corporation appeared on behalf of Defendants Nationstar Mortgage LLC and Aurora Commercial Corporation.  M. Ali Salimi, Esq. appeared on behalf of Plaintiffs Keith Snyder and Callie Snyder.  There were no other appearances.

Upon consideration of the papers submitted in connection with the Order to Show Cause re: Sanctions, oral argument of counsel, and good cause appearing:

1. The Court orders $4,000 sanctions payable by Plaintiffs Keith Snyder and Callie Snyder, only, to defendants Nationstar Mortgage LLC and Aurora Commercial Corporation; and

2. The Court orders the case dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: May 15, 2014

Hon. Andrew J. Guilford
United States District Judge